**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| PAUL AARON RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>MINNESOTA DEPARTMENT OF CORRECTIONS, et al.<br><br>Defendants. | ) | ORDER<br><br>No. 00-2524 (DWF/RLE) |

ORDER

This Court has scheduled a settlement conference in this matter for February 26, 2001, at 1:30 p.m. Counsel for Plaintiff has advised the Court that the Plaintiff is in the custody of the Minnesota Department of Corrections. Counsel has asked the Court to amend its order by excusing the defendant from having to transport the Plaintiff to this Court for the settlement conference. The request is GRANTED and the Court's order is amended as follows:

1. The parties shall make the necessary arrangements to allow Plaintiff to be available by telephone in the course of the settlement conference, should it become necessary.

2. Counsel for the Plaintiff shall participate in the settlement conference with full authority to settle the matter on the Plaintiff's behalf.

3. All other terms and conditions of this Court's Order of January 25, 2001 remain the same.

Date: 2/1/01

Raymond L Erickson
Hon. Raymond Erickson
United States Magistrate Judge

(5)

FILED FEB 01 2001
FRANCIS E DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK