**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| PAUL AARON RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>MINNESOTA DEPARTMENT OF CORRECTIONS, et al.<br><br>Defendants. | ) | ORDER<br><br>No. 00-2524 (DWF/RLE) |

ORDER

The parties have presented a stipulation seeking to amend the pretrial discovery order. The request is hereby GRANTED, and the pretrial order is amended in the following respect:

II.

All motions which seek to amend the pleadings or add parties must be filed on or before May 25, 2001, to be heard as soon as possible thereafter.

All other terms and conditions of this Court's Order of April 4, 2001, remain the same.

Date: MAY 17 2001

Raymond L. Erickson
Hon. Raymond Erickson

(10)

FILED MAY 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

MARGULIES & RICHMAN, plc
Attorneys

Joseph Margulies
Robert D. Richman

Sandra L. Babcock
*of counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PAUL AARON RICHARDSON,

Plaintiff,

v.

MINNESOTA DEPARTMENT OF CORRECTIONS, et al.

Defendants.

**STIPULATION**

No. 00-2524 (DWF/RLE)

**STIPULATION**

The parties, through undersigned counsel, stipulate that the pretrial scheduling order of April 4, 2001, should be amended in the following respect:

II.

All motions which seek to amend the pleadings or add parties must be filed on or before May 25, 2001, to be heard as soon as possible thereafter.

All other terms and conditions of this Court's Order of April 4, 2001, remain the same.

Joe Margulies
Counsel for Mr. Richardson
Bar Reg. No. 208528

MARGULIES & RICHMAN, plc
2520 Park Avenue, South
Minneapolis, MN 55404
612-872-4900
612-872-4967 (FAX)

Dated: May 12, 2001

Mark Levinger
Counsel for Defendants
Bar Reg. No. 62686

Assistant Attorney General
Suite 1100
445 Minnesota Street
St. Paul, MN 55101
(651) 282-5700
(651) 282-5832 (FAX)

Dated: May 14, 2001



9

FILED MAY 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK